ACCEPTED
14-14-00635-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 3:40:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00635-CV

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 3:40:03 PM
CHRISTOPHER A. PRINE
Clerk

## GUARDIAN TRANSFER & STORAGE, INC., ET AL.

### Appellants

### vs.

## ERIC BEHRNDT, ET AL.

### Appellees/Cross – Appellant

**Appeal from the 164th District Court of Harris County, Texas
Cause No. 2011-22262**

## APPELLEES' THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

Warren Taylor
State Bar No. 19727200
Beth Taylor
State Bar No. 13336787
TAYLOR, TAYLOR & RUSSELL
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile
EServe@taylaw.com

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees Eric Behrndt, Individually and D/B/A EZ Management GP, LLC, EZ Management GP, LLC and Behr Construction, Inc. ("Appellees") file this Third Motion for Extension of Time to File Appellees' Brief and would show as follows:

1. Brief of Appellees is due to be filed on or before Friday, April 24, 2015. Appellees request a third extension of time of twelve (12) days to file the Brief of Appellees, which would make the brief due Wednesday, May 6, 2015.

2. This is an appeal by the prevailing parties at trial from a judgment in their favor of $1.4 million against Behr Construction, Inc. The Trial Court signed an Amended Final Judgment on July 18, 2014. Appellants filed their Notice of Appeal on August 5, 2014. Appellees filed their Notice of Cross-Appeal on August 18, 2014. The Clerk's Record was filed on December 10, 2014, and the Supplemental Clerk's Record was filed on January 14, 2015. The Reporter's Record was filed on November 17, 2014, and the Supplemental Reporter's Record was filed on January 15, 2015, and the briefing schedule began on that date. The Brief of Appellants, after one extension of time granted on January 9, 2015, was then filed on January 22, 2015.

3. Appellees request a twelve (12) day extension of time to Wednesday, May 6, 2015, to file the Brief of Appellees for the reasons stated herein.

4.      The brief is close to being complete. However, counsel for Appellees has been unable to complete the brief due to being assigned to trial beginning April 27, 2015 in Cause No. 1042442; *Travis Hamilton vs. State Farm Mutual Automobile Insurance Company*; In the Civil County Court at Law Number 4 of Harris County, Texas. Although the trial will be short and begins the Monday after the brief is due, counsel's obligations to his client to prepare that case for trial, combined with the preparations for other trial settings referred to in the prior Motion, prevented completion by April 24, 2015.

5.      For the foregoing reason, Appellees request that this Court grant this Second Motion for Extension of Time of twelve (12) days to Wednesday, May 6, 2015, to file the Brief of Appellees.

Respectfully submitted,

**TAYLOR, TAYLOR & RUSSELL**

____/S/ Warren Taylor _____
Warren Taylor
State Bar No. 19727200
Beth Taylor
State Bar No. 13336787
815 Walker, Suite 250
Houston, Texas 77002
(713) 615-6060 Telephone
(713) 615-6070 Facsimile
EServe@taylaw.com

ATTORNEY FOR APPELLEES
ERIC BEHRNDT, INDIVIDUALLY
AND D/B/A EZ MANAGEMENT
GP, LLC, EZ MANAGEMENT GP,
LLC AND BEHR CONSTRUCTION,
INC.

## CERTIFICATE OF CONFERENCE

This is to certify that on April 24, 2015, the office of the undersigned attempted to confer with Mr. Raymond H. Stauffacher, Jr., counsel for Appellants, regarding the merits of this Motion and whether he opposes it, but was unable to reach him.

_____/S/ Warren Taylor _____
Warren Taylor

## CERTIFICATE OF SERVICE

I certify that on April 24, 2015, a true and correct copy of the above and foregoing Appellees' Third Motion for Extension of Time to File Brief of Appellees was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider by facsimile, addressed as follows:

Raymond H. Stauffacher, Jr.                  *Via Facsimile* (713) 365-0005
Law Offices of Raymond H. Stauffacher, Jr.
14825 St. Mary's Lane, Suite 105
Houston, Texas 77079-2912

_____/S/ Warren Taylor _____
Warren Taylor